No. 74–1010. SLATTON v. MARTIN K. EBY CONSTRUCTION CO., INC., DBA EBY & ASSOCIATES OF ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 74–1079. MARITIME OVERSEAS CORP. ET AL. v. LINABARY. C. A. 2d Cir. Certiorari denied.

No. 74–1087. Ross v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 74–1099. VILLAGE OF CAMILLUS ET AL. v. DIAMOND, COMMISSIONER OF ENVIRONMENTAL CONSERVATION. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 74–1122. BOARD OF EDUCATION OF JEFFERSON COUNTY, KENTUCKY, ET AL. v. NEWBURG AREA COUNCIL, INC., ET AL.; and

No. 74–1123. BOARD OF EDUCATION OF LOUISVILLE, KENTUCKY, ET AL. v. HAYCRAFT ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–1136. DERBY v. CONNECTICUT LIGHT & POWER CO. Sup. Ct. Conn. Certiorari denied.

No. 74–5825. HOLLINS v. UNITED STATES; and

No. 74–5957. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5841. WEBB v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5876. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.